97 F.3d 38
 Antoinette CHAPLAND, Isabel Boyle, individually and as
representatives of the class of similarly situated
individuals, namely those registered voters who were denied
their right to vote in the primary election on September 10,
1996 due to the failure of the Board of Elections to
properly provide and make accessible the balloting machines
and registration books during the course of the primary day
the 51st assembly District in the County of Kings; and John
K. O'Hara, candidate for public office of Member of the New
York State Assembly in the 51st Assembly District in the
County of Kings, Plaintiff-Appellant-Cross-Appellee,
v.
NEW YORK CITY BOARD OF ELECTIONS and Tanya Ruiz, candidates
for the public office of Member of the New York
State Assembly in the 51st Assembly
District in the County of
Kings, Defendants-Appellees,
Felix W. Ortiz, Defendant-Appellee-Cross-Appellant.
 Nos. 96-9286L, 96-9288XAP.
 United States Court of Appeals,
Second Circuit.
 Oct. 9, 1996.
 
 John W. Carroll, New York City, for Felix Ortiz.
 Robert S. Myers, New York City, for Appellees.
 Present: OAKES, ALTIMARI, MAHONEY, Circuit Judges.
 PER CURIAM:
 
 
 1
 This cause came on to be heard on the transcript of record from the United States District Court for the Eastern District of New York and was taken on submission.
 
 
 2
 ON CONSIDERATION WHEREOF, IT IS ORDERED, ADJUDGED AND DECREED that the order of the district court be and it hereby is REVERSED.
 
 
 3
 On October 1, 1996, the United States District Court for the Eastern District of New York entered an order that granted a preliminary injunction directing the continuation of the September 10, 1996 Democratic primary election for certain offices in Kings County in a number of specified election districts. The order of the district court is reversed. No continuation of the primary election shall be held on October 10, 1996. The mandate shall issue forthwith. An opinion in the related case Gold v. Feinberg, Nos. 96-9274, 96-9284, articulating the rationale for this decision will follow.